■ In the Matter of MAILAND FARMS, INC., Appellant, v THOMAS HARTNETT, as Commissioner of the New York State

328

Department of Labor, et al., Respondents. [612 NYS2d 954] —In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Labor, dated October 11, 1991, which, after a hearing and upon the stipulation of the parties, *inter alia,* ordered the petitioner to pay its employees the principal sum of $13,251.60 in prevailing wages and supplements and to pay a civil penalty of $899.46 to the Commissioner of Labor, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Gowan, J.), dated April 3, 1992, which dismissed the petition on the ground that the proceeding should have been commenced in this Court *(see,* Labor Law § 220 [8]).

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Gowan, at the Supreme Court. Miller, J. P., Lawrence, Altman and Krausman, JJ., concur.